# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEST BUY CO., INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01437-LJO-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

Juan Garcia filed the complaint in this action in Superior Court of the State of California for the County of Tulare on September 8, 2017. (ECF No. 1). On October 23, 2017, Best Buy Co., Inc. removed the action to this Court. *Id.*

On October 25, 2017, the Court issued an order setting a mandatory scheduling conference for January 11, 2018 at 10:00 a.m. (ECF No. 5). The conference was continued to January 18, 2018 at 2:00 p.m. (ECF No. 9). Defendant appeared for the initial scheduling conference on January 18, 2017 at 2:00 p.m. (ECF No. 10). Plaintiff did not appear for the conference and did not file a request for a continuance or otherwise notify the Court that he would not be able to appear at the conference. Accordingly, the Court orders that Plaintiff show cause why sanctions, up to and including dismissal, should not be issued for his failure to prosecute this

1

case.

No later than **January 23, 2017**, Plaintiff is ORDERED to file a written response to this Order to Show Cause indicating whether he intends to pursue this action and explaining his failure to appear at the status conference on January 18, 2017.

IT IS SO ORDERED.

Dated: **January 18, 2018**          /s/ Erin P. Gross
                                    UNITED STATES MAGISTRATE JUDGE