# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>BEST BUY CO., INC.,<br><br>　　　　　Defendant. | Case No. 1:17-cv-01437-LJO-EPG<br><br>**ORDER TO SHOW CAUSE FOR FAILURE TO APPEAR** |

On October 25, 2017, the Court issued an order setting a mandatory scheduling conference in this action for January 11, 2018 at 10:00 a.m. (ECF No. 5). The conference was continued to January 18, 2018 at 2:00 p.m. (ECF No. 9). Defendant appeared for the initial scheduling conference on January 18, 2018 at 2:00 p.m. (ECF No. 10). Plaintiff did not appear for the conference. (ECF No. 10). The Court continued the mandatory scheduling conference to January 24, 2018 at 11:00 a.m. *Id.* Plaintiff's counsel, Shelley Bryant, telephonically appeared. Defendant did not appear for the conference and did not file a request for a continuance or otherwise notify the Court that it would not be able to appear at the conference. (ECF No. 13).

Accordingly, the Court orders that Defendant show cause why sanctions should not be issued for its failure to attend a scheduled court conference.

1

No later than **January 29, 2018, at 8:00 a.m.**, Defendant is ORDERED to file a written response to this Order to Show Cause explaining its failure to appear at the mandatory scheduling conference on January 24, 2018.

IT IS SO ORDERED.

Dated: __**January 24, 2018**__     /s/ Erin P. Gross
                                    UNITED STATES MAGISTRATE JUDGE