SHELLY G. BRYANT (SBN 222925)
AMANDA B. WHITTEN (SBN 251160)
BRYANT WHITTEN, LLP
8050 North Palm Avenue, Suite 210
Fresno, CA 93711
Tel: 559.494.4910
Fax: 559.421.0369
Email: shelley@bwlaw.com

ATTORNEYS FOR PLAINTIFF,
JUAN GARCIA

MELINDA S. RIECHERT (SBN 65504)
MORGAN, LEWIS & BOCKIUS LLP
1400 Page Mill Rd
Palo Alto, CA 94304
Tel: 650.843.4000
Fax: 650.843.4001
Email: melinda.riechert@morganlewis.com

ATTORNEY FOR DEFENDANT,
BEST BUY WAREHOUSING LOGISTICS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN GARCIA,<br><br>                Plaintiff,<br><br>    v.<br><br>BEST BUY CO., INC.,<br><br>                Defendant. | Case No. 1:17-CV-01437-LJO-EPG<br><br>**STIPULATION AND ORDER TO CONTINUE MID-DISCOVERY STATUS CONFERENCE**<br><br>Complaint Filed:   September 08, 2017 |

Plaintiff Juan Garcia ("Plaintiff") and Defendant Best Buy Warehousing Logistics, Inc. ("Defendant" or "Best Buy"), by and through their respective undersigned counsel, hereby stipulate and agree as follows:

1. On January 31, 2018, this Court set a Mid-Discovery Status Conference for August 14, 2018, at 9:30 a.m. in Courtroom 10, before Magistrate Judge Erica P. Grosjean. Docket No. 17.

2. The Parties filed their joint status report on August 6, 2018. Docket No. 18. In that report, the Parties informed the Court that Plaintiff's deposition will be taken on August 20, 2018

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

1

STIPULATION & [PROPOSED] ORDER TO
CONTINUE MID-DISCOVERY STATUS CONF.
CASE NO. 1:17-CV-01437-LJO-EPG

and that Plaintiff will take the depositions of seven witnesses on August 22 and August 23, 2018. Due to the upcoming deposition schedule, the Parties agree that it would be most efficient to continue the Mid-Discovery Status Conference 30 days until after the depositions have been completed.

3. The Parties hereby agree and stipulate to continue the Mid-Discovery Status Conference to September 14, 2013 at 9:30 a.m., or to a date near that time that is consistent with the Court's schedule. Counsel for both parties agree to appear by telephone.

4. Such a brief continuance will not adversely impact the management of this case or result in undue prejudice or delay.

Dated: August 13, 2018   BRYANT WHITTEN, LLP

By /s/ *Shelley G. Bryant*
 *(as authorized on  8/13/2018)*
Shelley G. Bryant (SBN 222925)
Amanda B. Whitten (SBN 251160)

*Attorneys for Plaintiff Juan Garcia*

Dated: August 13, 2018   MORGAN, LEWIS & BOCKIUS LLP

By /s/*Melinda S. Riechert*
Melinda S. Riechert (SBN 65504)

*Attorney for Defendant Best Buy Warehousing Logistics, Inc.*

# ORDER

The Parties' requested continuance of the August 14, 2018 mid-discovery status conference is hereby GRANTED. The new date for the mid-discovery status conference is September 17, 2018 at 10:30 a.m. Counsel for both Parties may appear telephonically.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

IT IS SO ORDERED.

Dated: __August 14, 2018__         /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION & [PROPOSED] ORDER TO
CONTINUE MID-DISCOVERY STATUS CONF.
CASE NO. 1:17-CV-01437-LJO-EPG