1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9   JUAN GARCIA, | Case No.  1:17-CV-01437-LJO-EPG |
| 10           Plaintiff, | **ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |
| 11       v. | |
| 12   BEST BUY CO., INC., | (ECF No. 21) |
| 13           Defendant. | |

14

15 On September 4, 2018, the parties filed a stipulation to dismiss this action with prejudice.

16 (ECF No. 21).  All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has

17 ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San*

18 *Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995)

19 ("Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action

20 voluntarily by filing a notice of dismissal under Rule 41(a)(1)."). Accordingly, the Clerk of the

21 Court is DIRECTED to close this case.

22

23 IT IS SO ORDERED.

24    Dated:  **September 5, 2018**        /s/ *Erica P. Grosjean*

25                           UNITED STATES MAGISTRATE JUDGE

26

27

28